UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEREK GILBERT and ) <br> CAROLYN A. ADAMS, ) <br> ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> ) <br> ROBERT BROWNING and ) <br> ALCO TRANSPORTATION, INC., ) <br> ) <br>     Defendants. ) <br> ) | Docket No.:  3:10-0700 <br> Judge Campbell <br> Magistrate Judge Bryant |

## AGREED ORDER OF DISMISSAL

The parties, by agreement as evidenced by the signatures of counsel below for the plaintiffs and defendant GEICO Insurance Company, agreed that GEICO Insurance Company should be dismissed from this matter.  This dismissal is based upon the fact that there was no applicable GEICO policy in existence at the time of the accident.

Therefore, it is ORDERED that the defendant GEICO Direct Insurance Company is dismissed from this matter with prejudice.  All other matters are reserved.

ENTERED this the ___ day of _____, 2011.

                                                                           _____
                                                                           JUDGE TODD J. CAMPBELL

APPROVED FOR ENTRY:


/s/Blair Durham
Blair Durham (#021453)
**DURHAM & DREAD**
1709 19th Avenue South
Nashville, TN  37212
*Attorney for plaintiffs*



/s/ C. Benton Patton
C. Benton Patton (#015603)
**LeVAN, SPRADER, PATTON & McCASKILL**
150 Fourth Avenue North, Suite 1020
Nashville, TN  37219
(615) 843-0300 phone
(615) 843-0310 facsimile

*Attorney for GEICO Direct Insurance Company*


## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing Agreed Order of Dismissal has been served upon filing users via the electronic filing system and on other parties by U.S. Mail.

W. Bryan Brooks
BREWER KRAUSE BROOKS
  CHASTAIN & BURROW, PLLC
611 Commerce Street, Suite 2600
P. O. Box 23890
Nashville, TN  37202-3890
*Attorney for defendants*


this 8th day of July, 2011.

/s/ C. Benton Patton
C. Benton Patton